**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** III **Investigating Agency** ATF

**City** Boston

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant X New Defendant ______
Magistrate Judge Case Number 26-mj-4027-DHH
Search Warrant Case Number 26-mj-4026-DHH
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Celestino Escalera Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Haverhill, Massachusetts

Birth date (Yr only): 1994 SSN (last4#): 1297 Sex M Race: Hispanic Nationality: USA

**Defense Counsel if known:** Linda Ricci Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Philip Cheng Bar Number if applicable ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______ .
☑ Already in State Custody at DOC-Sousa Baranowski ☑ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 08/13/2026 Signature of AUSA: */s/ Philip C. Cheng*

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Celestino Escalera

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and ammunition | 1 |
| Set 2 | 21 U.S.C. § 841 | Possession with intent to distribute a controlled substance | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 25-mj-1478-DLC